■ In the Matter of MAUREEN BOSCO, Executive Director of Central New York Psychiatric Center, Respondent, for an Order Authorizing Involuntary Treatment of LOUIS M., a Patient at

Central New York Psychiatric Center, Appellant. [971 NYS2d 724]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered July 9, 2012. The order authorized the administration of medication to respondent.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 15 and 20, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.